PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Marijuana Possession and Use Dismissals Pursuant to December 22, 2023, Presidential Proclamation Pardoning Individuals for the Offenses of Simple Possession and Use of Marijuana | UNITED STATES'S MOTION TO DISMISS AND RECALL BENCH WARRANTS; [Proposed] ORDER |

**Dismissal of Marijuana Possession and Use Cases Pursuant to Presidential Pardon**

By a presidential proclamation on December 22, 2023, President Biden announced a pardon for specified federal misdemeanor marijuana possession and use offenses.[1] Pursuant to that presidential pardon and Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing the

[1] See https://www.whitehouse.gov/briefing-room/presidential-actions/2023/12/22/a-proclamation-on-granting-pardon-for-the-offense-of-simple-possession-of-marijuana-attempted-simple-possession-of-marijuana-or-use-of-marijuana/ (last accessed April 11, 2024). This followed a prior similar proclamation on October 6, 2022, that was primarily focused on Title 21 marijuana possession offenses. See https://www.whitehouse.gov/briefing-room/presidential-actions/2022/10/06/granting-pardon-for-the-offense-of-simple-possession-of-marijuana/ (last accessed April 11, 2024).

73 misdemeanor marijuana possession and use cases listed in Exhibit A to this motion, and to recall all associated warrants.

The list below contains those Eastern District of California marijuana possession and use cases that the U.S. Attorney's office has identified to date as still pending in the Yosemite Courthouse that have assigned ECF case numbers. Many of these cases remain open because they are in warrant status. Consistent with President Biden's proclamation, the government therefore requests that this Court order dismissal of these cases and recall of all associated warrants.

Respectfully submitted,

Dated: April 12, 2024

PHILLIP A. TALBERT
United States Attorney

JEFFREY A. SPIVAK
Assistant United States Attorney

**ORDER**

Pursuant to the motion of the United States, I hereby order dismissal of each misdemeanor marijuana possession and use case listed below in Exhibit A, and the recall of all warrants associated with each case. I further direct the Clerk of the Court to file a copy of this signed order in each of the cases listed below.

IT IS SO ORDERED this 12th day of April, 2024.

HELENA M. BARCH-KUCHTA
United States Magistrate Judge
United States District Court
Eastern District of California

**EXHIBIT A**

**List of Cases to be Dismissed**

| | ECF Case Number | Defendant | Violation |
|---|---|---|---|
| 1 | 6:16-PO-00275-MJS | CASTANEDA, STEVEN P | 5123776 |
| 2 | 6:16-PO-00276-MJS | CASTILLO, ARIANA | 5123490 |
| 3 | 6:16-PO-00278-MJS | CRAIN, RHYANN M | 5123487 |
| 4 | 6:16-PO-00280-MJS | DEMOSS, JAMES E | 5122175 |
| 5 | 6:16-PO-00286-MJS | MASON, MACK C | 5123154 |
| 6 | 6:16-PO-00382-MJS | LAKE, JASON L | 6378143 |
| 7 | 6:16-PO-00403-MJS | CRUZ, LUIS I | 6379602 |
| 8 | 6:16-PO-00406-MJS | GORMAN, RAYMOND K | 6379407 |
| 9 | 6:16-PO-00436-MJS | SERPA, DAVID D | 6378103 |
| 10 | 6:16-PO-00504-MJS | MENDOZA, VINCENT J | 6378630 |
| 11 | 6:16-PO-00519-MJS | GONZALES, JESUS M JR | 6379443 |
| 12 | 6:16-PO-00681-MJS | MANDEL, YOSEPH D | 6379290 |
| 13 | 6:16-PO-00758-MJS | RODRIGUEZAGUIRRE, JOSE A | 6811268 |
| 14 | 6:17-PO-00106-MJS | LAPADASKI, JAYSON M | 6810246 |
| 15 | 6:17-PO-00109-MJS | LOPEZ, SAMUEL | 6808700 |
| 16 | 6:17-PO-00124-MJS | SENENTBERNABE, MARTIN | 6811883 |
| 17 | 6:17-PO-00177-MJS | HEILMAN, JARED D | 6810243 |
| 18 | 6:17-PO-00196-MJS | MANZ, KONSTANTIN | 6378716 |
| 19 | 6:17-PO-00219-MJS | SMITH, MARSHALL J | 6811888 |
| 20 | 6:17-PO-00312-MJS | CARRASCO, ANTONIO C JR | 6379061 |
| 21 | 6:17-PO-00376-MJS | MENA, RYAN A | 6809860 |
| 22 | 6:17-PO-00434-MJS | COTTERELL, HAKEEM O | 6378031 |
| 23 | 6:17-PO-00478-MJS | GRADO, ANTONIO J | 6811591 |
| 24 | 6:17-PO-00500-MJS | MILLER, ERIK B | 6378312 |

| | ECF Case Number | Defendant | Violation |
|---|---|---|---|
| 25 | 6:17-PO-00646-MJS | ESLICK, TAYLOR C | 6811057 |
| 26 | 6:17-PO-00702-MJS | GUTIERREZ, TAYLOR W | 6810418 |
| 27 | 6:17-PO-00867-MJS | SMITH, CHRISTOPHER N | 6377628 |
| 28 | 6:18-PO-00035-JDP | HUDSON, BRANDON D | 6810593 |
| 29 | 6:18-PO-00099-MJS | EFINGER, TREVOR J | 6810173 |
| 30 | 6:18-PO-00100-JDP | EVANSREED, ERIC S | 6810527 |
| 31 | 6:18-PO-00127-MJS | AGUILARORTEGA, MIGUEL F | 6812633 |
| 32 | 6:18-PO-00134-MJS | BLUE, MICHAEL D | 6812014 |
| 33 | 6:18-PO-00175-JDP | RAHN, CELINDA C | 6809638 |
| 34 | 6:18-PO-00179-JDP | SANTAMARIADELGADO, DANIEL | 6812631 |
| 35 | 6:18-PO-00232-JDP | JOHNSON, LANGSTON M II | 6812453 |
| 36 | 6:18-PO-00292-JDP | ANTUNES, MARIAALEXANDRA B | 6812015 |
| 37 | 6:18-PO-00294-JDP | COX, TONI R | 6812016 |
| 38 | 6:18-PO-00295-JDP | GRIER, JUDEA M | 6809563 |
| 39 | 6:18-PO-00303-JDP | COOKLOCKLOPEZ, MAURICE A | 6809251 |
| 40 | 6:18-PO-00308-JDP | FLETCHER, EDWIN L | 6809010 |
| 41 | 6:18-PO-00344-JDP | FITZPATRICK, AMY M | 6809302 |
| 42 | 6:18-PO-00544-JDP | DAVIDSON, WAYNE A | 6809356 |
| 43 | 6:18-PO-00563-JDP | HORN, RANDI K | 7575601 |
| 44 | 6:18-PO-00633-JDP | GOLDEN, BRANDON E | 6809256 |
| 45 | 6:18-PO-00697-JDP | MATINATA, FRANCESCO G | 7576010 |
| 46 | 6:19-PO-00032-JDP | MONEYHAN, HALEY C | 7576018 |
| 47 | 6:19-PO-00130-JDP | MANN, MICHAEL D | 6807675 |
| 48 | 6:19-PO-00150-JDP | RYERSON, ANTHONY C | 6811709 |
| 49 | 6:19-PO-00239-JDP | FOUTE, DANIEL | 7576916 |
| 50 | 6:19-PO-00276-JDP | GOMEZ, JUAN C | 7575568 |

| | ECF Case Number | Defendant | Violation |
|---|---|---|---|
| 51 | 6:19-PO-00304-JDP | DOUGLAS, JACOB I | 7576179 |
| 52 | 6:19-PO-00398-JDP | PANTOJA, SAMUEL | F5462778 |
| 53 | 6:20-PO-00105-JDP | LOPEZMUR, YOSHADARA | 9292811 |
| 54 | 6:20-PO-00118-JDP | QUINTANA, NICOLAS C | 9292810 |
| 55 | 6:20-PO-00342-JDP | FRIES, DONALD J | 9290368 |
| 56 | 6:20-PO-00354-JDP | MARKGRAF, HAILEI M | 9291411 |
| 57 | 6:20-PO-00416-JDP | ARNOLD, DALE V | F4895836 |
| 58 | 6:20-PO-00422-JDP | BRUCH, CHRISTOPHER J | 4706542 |
| 59 | 6:20-PO-00557-HBK | GAYLOR, ANN M | FBCL00CP |
| 60 | 6:20-PO-00608-HBK | GONZALEZ, DANIEL | 9293710 |
| 61 | 6:21-PO-00087-HBK | MORRIS, MICHAEL R | F5339252 |
| 62 | 6:21-PO-00117-HBK | LAMBERT, JESSE W | 9292117 |
| 63 | 6:21-PO-00317-HBK | REVIVO, OFEK S | 9909788 |
| 64 | 6:21-PO-00360-HBK | COLLINS, AUSTIN S | 9293222 |
| 65 | 6:21-PO-00414-HBK | LOPEZ, ELIAS M | 09910649 |
| 66 | 6:21-PO-00453-HBK | NOORI, MOHAMMAD T | 9293132 |
| 67 | 6:22-PO-00015-HBK | ENGSTROM, ANGELA M | E1169253 |
| 68 | 6:22-PO-00131-HBK | WALLIN, SCOTT E | F5380008 |
| 69 | 6:22-PO-00159-HBK | JOSELOW, ELLIANA D | 09910346 |
| 70 | 6:22-PO-00194-HBK | ALEXANDER, SAMARAH B | 9292976 |
| 71 | 6:22-PO-00485-HBK | MICHELON, ANDRE L | 9688684 |
| 72 | 6:22-PO-00489-HBK | MOUNZER, MARUAN | 9688685 |
| 73 | 6:23-PO-00128-HBK | LORENZ, LYLE L | E1167676 |
| | | | |